José Felipé Anderson, Asst. Public Defender (Alan H. Murrell, Public Defender, both on brief), Baltimore, for appellee.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 7th day of June, 1988

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

541 A.2d 993

**STATE of Maryland**

v.

**Alonzo HAYWARD.**

**No. 185, Sept. Term, 1987.**

Court of Appeals of Maryland.

June 7, 1988.

Richard B. Rosenblatt, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen. and Ann E. Singleton, Asst. Atty. Gen., all on brief), Baltimore, for appellant.

Melissa M. Moore, Asst. Public Defender (Alan H. Murrell, Public Defender, both on brief), Baltimore, for appellee.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 7th day of June, 1988

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.

541 A.2d 994

**In the Matter of the Application of JAMES M. for Admission to the Bar of Maryland.**

**Misc. No. 3, Sept. Term, 1988.**

Court of Appeals of Maryland.

June 7, 1988.

Argued before MURPHY, C.J., and ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and BLACKWELL, JJ.

## ORDER

PER CURIAM.

The Court having considered the unfavorable recommendations of the State Board of Law Examiners and the Character Committee for the Third Judicial Circuit, and

The Court having ordered that a hearing be held to allow James M. to show cause why the unfavorable recommendations of the Board and Character Committee should be